```
 1  Vanessa R. Waldref
 2  United States Attorney
    Eastern District of Washington
 3  Todd M. Swensen
 4  Assistant United States Attorney
    402 E. Yakima Avenue, Suite 210
 5  Yakima, WA 98901
 6  Telephone: (509) 454 -4425
```

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT - 9 2024

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 1:24-CR-2070-MKD |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. §§ 922(g)(5)(A), 924(a)(8) |
| RODOLFO ALVAREZ-ACEVEDO, | Unlawful Alien in Possession of Firearms |
| Defendant. | 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) Forfeiture Allegations |

The Grand Jury charges:

On or about July 11, 2024, in the Eastern District of Washington, the Defendant, RODOLFO ALVAREZ-ACEVEDO, knowing of his status as an alien illegally and unlawfully in the United States, knowingly possessed, in and affecting commerce, a firearm and ammunition, to wit:

- a L.W. Schneider, Inc., Model DTI-15 5.56MM Caliber rifle, bearing serial number DTI-S070823, and

- a Tisas Model Zig PC 1911 .45 Caliber semiautomatic pistol, bearing serial number T0620-21AK00076,

INDICTMENT – 1

which firearms had theretofore been shipped and transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(5)(A), 924(a)(8).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(5)(A), 924(a)(8), the Defendant, RODOLFO ALVAREZ-ACEVEDO, shall forfeit to the United States of America any firearm or ammunition involved or used in the commission of the offense, including, but not limited to:

- a L.W. Schneider, Inc., Model DTI-15 5.56MM Caliber rifle, bearing serial number DTI-S070823,

- a Tisas Model Zig PC 1911 .45 Caliber semiautomatic pistol, bearing serial number T0620-21AK00076, and,

- any and all seized accessories, magazines and ammunition.

DATED this ___8___ day of October 2024.



A TRUE BILL

Foreperson

Vanessa R. Waldref
United States Attorney

Todd M. Swensen
Assistant United States Attorney

INDICTMENT – 2